**Larry D. SIMMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35086.**

Missouri Court of Appeals,
Western District.

Dec. 27, 1983.

**420**

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).